

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**SUZANNA PUBLICKER**
*Assistant Corporation Counsel*
Telephone: (212) 788-1103
Facsimile: (212) 788-9776
spublick@law.nyc.gov

January 10, 2012

**BY ECF**
Hon. Carol Bagley Amon
Chief Judge
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Jamel Duncan v. The City of New York et al., CV 11-3826 (CBA) (JO)

Your Honor:

I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department representing defendants City of New York ("City") and the Kings County District Attorney's Office in the above-referenced matter. I write to advise the Court that the parties have reached a settlement agreement in this matter. As such, the parties respectfully request that all presently scheduled deadlines and conferences, including the Pre-Motion Conference scheduled for January 19, 2012 at 2:30p.m. be adjourned *sine die*. A Stipulation and Order of Settlement and Dismissal will be forwarded to the Court upon execution by the parties.

Thank you for your consideration herein.

Respectfully submitted,

/s/

Suzanna Publicker
Assistant Corporation Counsel
Special Federal Litigation Division

cc:  Via ECF
     Hon. James Orenstein
     United States District Court

cc:  Via ECF
     Andrew J. Schatkin, Esq.
     *Attorney for Plaintiff*